# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SCOTT A. KANTER, )
)
            Plaintiff, )
)       CIVIL ACTION NO. 04-10489(RCL)
v. )
)
SCOTT J. WERNER, WERNER )
ENTERPRISES and L&C SPRING )
WATERS OF NEW ENGLAND, LLC (f/k/a )
L&C SPRING WATERS OF NEW )
ENGLAND HOLDING COMPANY, LLC.), )
)
            Defendants. )

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, the plaintiff Scott A. Kanter moves for a preliminary injunction. In support of the motion, the plaintiff incorporates the Verified Complaint in this action, and his Memorandum in Support of Preliminary Injunction, filed with the Court on March 11, 2004.

WHEREFORE, for the reasons set forth in the Verified Complaint and Memorandum in Support of Preliminary Injunction, the plaintiff respectfully requests that this Court grant the plaintiff's motion for a preliminary injunction, in the form attached hereto.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, plaintiff Scott Kanter requests oral argument on this motion. Scott Kanter believes that oral argument will assist the Court in resolving the issues in dispute.

SCOTT A. KANTER,
By his attorneys,

Christopher F. Robertson (BBO No. 642094)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:     (617) 946-4800
Telecopier:    (617) 946-4801

Date:  March 11, 2004

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the above
document was served upon the attorney of record,
for each other party by mail (by hand) on 3/11/04

2