# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

SCOTT A. KANTER,

      Plaintiff,

                                                   CA. NO. 04-10489-RCL

      v.

SCOTT J. WERNER, ET AL,

      Defendants.

## *NOTICE*

March 25, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a hearing on **docket entry # 2 (Plaintiff's Motion for Preliminary Injunction)** at **2:45p.m., Thursday, April 1, 2004**, in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                                   /s/
                                      **MARIANNE B. BOWLER**
                                      Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**