UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT A. KANTER and DELUGE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT J. WERNER, WERNER ENTERPRISES and L&C SPRING WATERS OF NEW ENGLAND, LLC (f/k/a L&C SPRING WATERS OF NEW ENGLAND HOLDING COMPANY, LLC.),<br><br>Defendants. | CIVIL ACTION NO. 04-10489 (RCL) |

## STIPULATION FOR ENTRY OF PRELIMINARY INJUNCTION

The plaintiffs, Scott A. Kanter and Deluge, LLC, and defendants Scott J. Werner, Werner Enterprises and L&C Spring Waters of New England, LLC hereby stipulate and agree to the entry by the Court of the Order attached hereto as Exhibit "A"

SCOTT A. KANTER and DELUGE, LLC,

By their attorneys,

/s/ Christopher F. Robertson

Christopher F. Robertson (BBO No. 642094)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

DATED: April 1, 2004

SCOTT J. WERNER, WERNER ENTERPRISES and L&C SPRINGWATERS OF NEW ENGLAND, LLC (f/k/a L&C SPRING WATERS OF NEW ENGLAND HOLDING COMPANY, LLC.)

By their attorneys,

/s/ Paul M. Monzione /CFR

Paul M. Monzione
LAW OFFICES OF PAUL MONZIONE
Two South Main Street, 2d Floor
Wolfeboro, New Hampshire 03894
Telephone: (603) 569-9599
Telecopier: (603) 569-0599

BO1 15635504.1