UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT A. KANTER and <br> DELUGE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT J. WERNER, WERNER ENTERPRISES and L&C SPRING WATERS OF NEW ENGLAND, LLC (f/k/a L&C SPRING WATERS OF NEW ENGLAND HOLDING COMPANY, LLC.), <br><br> Defendants. | CIVIL ACTION NO. 04-10489 (RCL) |

### ORDER

This cause came on to be heard upon plaintiffs' application for a preliminary injunction, and, in accordance with a stipulation filed by and between the parties, the Court hereby Orders as follows:

    1.    The defendants will produce to the plaintiffs, at the plaintiffs' expense:

        a.    all financial information regarding the operations of Deluge LLC and the Brentwood Spring, including source documents, for 2001, 2002 and 2003, and the first quarter of 2004. Such documents shall include documents sufficient to ascertain the total water output of the Brentwood Spring from 2001 to the present, all revenues derived from water delivered from the spring, all expenses charged, and all transfers of money of any kind.

        b.    all contracts or agreements with any third party regarding the supply of water from the Brentwood Spring, under which water has been supplied during the period 2001 to the present.

Such information shall be produced on or before Wednesday April 7, 2004, in a manner to be agreed by the parties. In the event there is additional information that the defendants are unable

BO1 15635552.1

to produce by Wednesday April 7, 2004, such documents shall be produced no later than Monday, April 12, 2004.

2. The defendants shall establish a separate or dedicated accounting in the name of Deluge LLC for all revenues received by or attributable to Deluge LLC or the Brentwood Spring. The plaintiffs shall be provided access to and information regarding this accounting, including all deposits made on behalf of Deluge LLC.

3. Until further order of the Court, the defendants are prohibited from making any payments on behalf of Deluge, LLC or attributable to Deluge, LLC or the Brentwood Spring, unless such payments are previously disclosed to the plaintiffs and the payment is approved by the plaintiffs. Such approval shall not be unreasonably withheld.

4. Without prejudice to the determination of whether prior payments were reasonable or authorized, the plaintiffs shall approve a management fee of $2,500 per month payable to the defendants in connection with the continued operation of the Brentwood Spring. In lieu of payment of this sum as a management fee, $5,000 per month shall be placed by the parties in escrow, pending the resolution of this matter.

5. The parties are prohibited from altering, destroying or tampering in any way with any document related to Deluge, LLC, L&C Spring Waters of New England, LLC or the Brentwood Spring, including all documents reflecting the operations of, sale of water from, revenues received or payments made in connection with water originating from the spring.

Marianne B. Bowler, M.J.
USDJ
4/9/04

DATED: April 1, 2004