UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT A. KANTER and DELUGE, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SCOTT J. WERNER, WERNER ) <br> ENTERPRISES and L&C SPRING ) <br> WATERS OF NEW ENGLAND, LLC (f/k/a ) <br> L&C SPRING WATERS OF NEW ) <br> ENGLAND HOLDING COMPANY, LLC.), ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 04-10489(RCL) |

## PLAINTIFFS' EMERGENCY MOTION FOR CIVIL CONTEMPT

1. The plaintiffs Scott A. Kanter and Deluge, LLC move for an order of civil contempt. In support of the motion, the plaintiffs incorporate the Affidavit of Scott A. Kanter dated May 6, 2004, and their memorandum in support of a finding of civil contempt, filed with the Court on May 7, 2004.

2. A civil contempt order is warranted in this case, because, as set forth in the accompanying affidavit and memorandum of law, the defendants have violated and continue to violate a clear and unambiguous order of the Court, entered on April 9, 2004. Specifically, the defendants have failed to comply with the Court's injunctive order by failing to produce the documents and information ordered to be produced, and by failing to provide an accounting to the plaintiffs, among other matters.

WHEREFORE, for the reasons set forth above, the plaintiffs request that the Court find the defendants in civil contempt, order the information to be produced immediately, require the defendants to provide a current accounting and establish a separate bank account to receive the

BO1 15631533.1

proceeds of the Brentwood Spring, with approval and signatory authority given to Kanter, and award the plaintiffs their costs in bringing this motion, including their attorneys' fees.

SCOTT A. KANTER and DELUGE, LLC,
By their attorneys,

_____
Christopher F. Robertson (BBO No. 642094)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:  (617) 946-4801

Date: May 7, 2004