## LOCAL RULE 7.1(A)(2) CERTIFICATION

In compliance with Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned counsel for the plaintiffs hereby certifies that counsel for the parties have conferred on numerous occasions by phone and by letter in an effort in good faith to resolve or narrow the issues presented by this motion. Specifically, on April 28, 2004, May 3, 2004 and May 5, 2004, plaintiffs requested that the defendants comply with the Court's Order, entered April 9, 2004, by providing 2004 information, complete information for 2001 through 2003, and by establishing a separate bank account for Deluge LLC and the Brentwood Spring. On each occasion, counsel claimed to be prepared to cooperate but then failed to provide all of the information ordered by the Court and refused to provide an accounting or establish a separate bank account. Faced with these repeated refusals to comply with the Court's Order, plaintiffs were required to file the present motion.

_____
Christopher F. Robertson

BO1 15642340.1