SCANNED
DATE:_____
BY:_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT A. KANTER and DELUGE, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SCOTT J. WERNER, WERNER ) <br> ENTERPRISES and L&C SPRING ) <br> WATERS OF NEW ENGLAND, LLC (f/k/a ) <br> L&C SPRING WATERS OF NEW ) <br> ENGLAND HOLDING COMPANY, LLC.), ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 04-10489(RCL) |

## PLAINTIFFS' MOTION FOR A SHORT ORDER OF NOTICE

1. The plaintiffs Scott A. Kanter and Deluge, LLC move for a short order of notice in connection with their motion for civil contempt filed herewith, and seek a hearing on the motion within seven (7) days of the motion. In support of the motion, the plaintiffs incorporate the Affidavit of Scott A. Kanter dated May 6, 2004, and their memorandum in support of a finding of civil contempt, filed with the Court on May 7, 2004.

2. As set forth in the accompanying affidavit and memorandum, the defendants have violated the Court's injunctive order, entered on April 9, 2004.

3. A short order of notice is warranted because a regular briefing schedule will reward the defendants' contempt of the Court's prior order by allowing the defendants' violation to continue during the regular briefing schedule provided by the Local Rules, and each day that the defendants' contempt continues, there is an increased risk that the assets of Deluge, LLC will continue to be misappropriated from the company by defendants, and that those funds will be unrecoverable in the event of a judgment favorable to the plaintiffs.

BO1 15642340.1

4.  The defendants are represented by counsel in connection with this matter, and there would not appear to be any prejudice to the defendants by this Court scheduling a hearing on plaintiffs' motion in a time period shorter that the regular opposition period provided in the Local Rules for the District of Massachusetts. That is particularly true where the motion is for contempt of a prior Court Order.

WHEREFORE, for the reasons set forth above, the plaintiffs respectfully request that this Court grant plaintiffs' motion to schedule a hearing on the motion, with notice to the parties, within seven (7) days.

SCOTT A. KANTER and DELUGE, LLC,
By their attorneys,

_____
Christopher F. Robertson (BBO No. 642094)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:  (617) 946-4801

Date: May 7, 2004

BO1 15642340.1

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In compliance with Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned counsel for the plaintiffs hereby certifies that counsel for the parties have conferred in an effort in good faith to resolve or narrow the issues presented by this motion. Specifically, on April 28, 2004, May 3, 2004 and May 5, 2004, plaintiffs' counsel conferred with opposing counsel and/or exchanged correspondence seeking to resolve the issue of the defendants' civil contempt and the scheduling of a hearing. The parties were unable to agree, necessitating the present motion.

_____
Christopher F. Robertson