UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Scott A. Kanter and Deluge, LLC

    Plaintiffs

v.                                                            Civil Action No. 04-10489 (RCL)

Scott J. Werner, Werner Enterprises, and
L&C Spring Waters of New England, LLC
(f/k/a L&C Spring Waters of New
England Holding Company, LLC.

    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

To the Clerk of the above-Court:

    Please take notice of the appearance of the undersigned as counsel for Defendants.

Respectfully submitted,

SCOTT J. WERNER, WERNER
ENTERPRISES and L&W WATERS OF
NEW ENGLAND, LLC

By Their Attorneys

Date: May 24, 2004

By: /s/ Scott A. Birnbaum
Scott A. Birnbaum (BBO #543834)
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210-1108
(617) 542 3100