UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
Scott A. Kanter and Deluge, LLC             \*
                                             \*
    Plaintiffs                           \*
                                             \*
v.                                           \*   Civil Action No. 04-10489 (RCL)
                                             \*
Scott J. Werner, Werner Enterprises, and    \*
L&C Spring Waters of New England, LLC       \*
(f/k/a L&C Spring Waters of New             \*
England Holding Company, LLC.               \*
                                             \*
                                             \*
    Defendants                           \*
                                             \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' MOTION FOR LEAVE TO SUBMIT OPPOSITION TO EMERGENCY MOTION FOR CIVIL CONTEMPT ONE DAY LATE

Defendant Scott J. Werner respectfully moves the Court for leave to submit his opposition to Plaintiffs' Emergency Motion for Civil Contempt ("the Motion") one day late. In support of this motion, Defendants state as follows:

Plaintiffs filed its Motion on May 7, 2004, meaning that Mr. Werner's opposition be filed on or before May 21, 2004. Unfortunately, Mr. Werner has been traveling outside of the country, and he has only been able to review and sign his affidavit, which is being filed in support of Defendants' Opposition to the Motion, *from Kuwait* today, May 24, 3005, one business day after the opposition was due.

Plaintiffs will not prejudiced by the allowance of this motion.

                                                Respectfully submitted,

                                                SCOTT J. WERNER, WERNER
                                                ENTERPRISES and L&W WATERS OF
                                                NEW ENGLAND, LLC

                                                By Their Attorneys


Date: ___May 24, 2004_____      By: ___/s/Scott A. Birnbaum_____
                                                Scott A. Birnbaum (BBO #543834)
                                                BIRNBAUM & ASSOCIATES, P.C.
                                                268 Summer Street
                                                Boston, MA 02210-1108
                                                (617) 542 3100