UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                          \*
Scott A. Kanter and Deluge, LLC           \*
                                          \*
       Plaintiffs                         \*
                                          \*
v.                                        \*   Civil Action No. 04-10489 (RCL)
                                          \*
Scott J. Werner, Werner Enterprises, and  \*
L&C Spring Waters of New England, LLC     \*
(f/k/a L&C Spring Waters of New           \*
England Holding Company, LLC.             \*
                                          \*
                                          \*
       Defendants                         \*
                                          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' *SECOND* MOTION FOR LEAVE TO SUBMIT OPPOSITION TO EMERGENCY MOTION FOR CIVIL CONTEMPT ONE DAY LATE1

Defendant Scott J. Werner respectfully moves the Court for leave to submit his opposition to Plaintiffs' Emergency Motion for Civil Contempt ("the Motion") one day late. In support of this motion, Defendants state as follows:

Plaintiffs filed its Motion on May 7, 2004, meaning that Mr. Werner's opposition was to have been filed on or before May 21, 2004. Unfortunately, Mr. Werner had been traveling outside of the country, and he was only been able to review and sign his affidavit, which was filed in support of Defendants' Opposition to the Motion, *from Kuwait* on May 24, 3005, one

---

1 On May 29, 2004, the Court denied this motion without prejudice because of a lack of certificate of service and a certificate pursuant to Local Rule 7.1. This renewed motion cures those defects. (Because the earlier motion for leave to file late was filed electronically, Administrative Procedure E.2. of this Court's CM/ECF Administrative Procedures states that a certificate of service was not required.)

business day after the opposition was due.

    Plaintiffs will not prejudiced by the allowance of this motion.

                Respectfully submitted,

                SCOTT J. WERNER, WERNER
                ENTERPRISES and L&W WATERS OF
                NEW ENGLAND, LLC

                By Their Attorneys

Date: ___June 10, 2004_____  By: ___/s/Scott A. Birnbaum_____
                Scott A. Birnbaum (BBO #543834)
                BIRNBAUM & ASSOCIATES, P.C.
                268 Summer Street
                Boston, MA 02210-1108
                (617) 542 3100

### Certificate Pursuant To Local Rule 7.1

  I hereby certify that, on June 7, 2004, I conferred telephonically with Chrsitopher Robertson, attorney for plaintiffs herein, in an unsuccessful effort to resolve or narrow the issues raised by this motion.

                /s/Scott A. Birnbaum
                Scott A. Birnbaum

### Certificate of Service

  On June 10, 2004, I caused to be served a copy of the foregoing document by first class mail, postage prepaid, upon all counsel of record.

                /s/Scott A. Birnbaum
                Scott A. Birnbaum