SCANNED

DATE: 07/16/04

BY: _____ Sky

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
...OFFICE

2004 JUL 15 P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SCOTT KANTER and DELUGE, LLC ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-10489-RCL |
| ) | |
| V. ) | |
| ) | |
| SCOTT J. WERNER, WERNER ) | |
| ENTERPRISES and L&C SPRING ) | |
| WATERS OF NEW ENGLAND, LLC ) | |
| (f/k/a L&C SPRING WATERS OF NEW ) | |
| ENGLAND HOLDING COMPANY, LLC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY THESE PROCEEDINS PENDING MEDIATION OR ARBITRATION
### (ORAL ARGUMENT REQUESTED)

Defendants Scott J. Werner, Werner Enterprises and L&C Spring Waters of New

England, LLC (collectively "Defendants"), respectfully move this Court to dismiss the

Plaintiffs' Complaint, or in the alternative to stay these proceedings pending mediation or

arbitration. In support of this Motion, Defendants submit the accompanying

Memorandum of Law.

WHEREFORE, for the reasons set forth in Defendants' Memorandum of Law,

this Court should:

(1) enter an order dismissing the Amended Complaint;

(2) or, in the alternative, enter an order staying the action; and

(3) grant all further relief the Court deems just and proper.

## REQUEST FOR HEARING

Defendants respectfully request a hearing on this motion.

Respectfully Submitted,

SCOTT J. WERNER, WERNER
ENTERPRISES and L&C WATERS
OF NEW ENGLAND, LLC

By their attorneys,

_____
Scott A. Birnbaum (BBO # 543834)
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

DATED: July 14, 2004

## Certificate Pursuant To Local Rule 7.1

I hereby certify that Attorney Paul Monzione has conferred telephonically with Christopher Robertson, attorney for plaintiffs herein, in an unsuccessful effort to resolve or narrow the issues raised by this motion.

_____
Scott A. Birnbaum

## Certificate of Service

On July 14, 2004, I caused to be served a copy of the foregoing document by first class mail, postage prepaid, upon all counsel of record.

_____
Scott A. Birnbaum