UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCOTT KANTER and DELUGE, LLC | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-10489-RCL |
| | ) | |
| V. | ) | |
| | ) | |
| SCOTT J. WERNER, WERNER ENTERPRISES and L&C SPRING WATERS OF NEW ENGLAND, LLC (f/k/a L&C SPRING WATERS OF NEW ENGLAND HOLDING COMPANY, LLC. | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION TO FOR LEAVE TO FILE AFFIDAVIT
IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants Scott J. Werner, Werner Enterprises and L&C Spring Waters of New England, LLC (collectively "Defendants"), respectfully move this Court for leave to file the attached Affidavit of Martin Richardson in further support of their motion to dismiss the Plaintiffs' Complaint, or in the alternative to stay these proceedings pending mediation or arbitration.

In support of this Motion, Defendants state that the affiant, Martin Richardson, represents the formal owner of a two-thirds interest in Deluge, LLC, the subject of this litigation. In his Affidavit, Mr. Richardson expresses his view that the parties' compulsory mediation and arbitration agreement should be given effect in lieu of proceeding with this litigation.

WHEREFORE, for the reasons set forth herein, Defendants request that Mr. Richardson's Affidavit be accepted for filing by the Court.

Respectfully submitted,

SCOTT J. WERNER, WERNER ENTERPRISES and L&C WATERS OF NEW ENGLAND, LLC

By their attorneys,

/s/ Scott A Birnbaum
Scott A. Birnbaum (BBO # 543834)
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

DATED:  July 21, 2004

### Certificate Pursuant To Local Rule 7.1

I hereby certify that on July 21, 2004, I conferred telephonically with Christopher Robertson, attorney for plaintiffs herein, in an unsuccessful effort to resolve or narrow the issues raised by this motion.

/s/ Scott A. Birnbaum
Scott A. Birnbaum

### Certificate of Service

On July 21, 2004, I caused to be served a copy of the foregoing document by first class mail, postage prepaid, upon all counsel of record.

/s/ Scott A. Birnbaum
Scott A. Birnbaum