UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
                                    *
Scott A. Kanter and Deluge, LLC     *
                                    *
            Plaintiffs              *
                                    *
v.                                  *        Civil Action No. 04-10489 (RCL)
                                    *
Scott J. Werner, Werner Enterprises, and  *
L&C Spring Waters of New England, LLC  *
(f/k/a L&C Spring Waters of New     *
England Holding Company, LLC.       *
                                    *
                                    *
            Defendants              *
                                    *
*************************************
```

## NOTICE OF APPEARANCE

To the Clerk of the above-Court:

Please take notice of the appearance of the undersigned as counsel for

Defendants.

Respectfully submitted,

SCOTT J. WERNER, WERNER
ENTERPRISES and L&W
WATERS OF NEW ENGLAND,
LLC

By Their Attorneys

Date: July 26, 2004

By: /s/ Melissa M. Longo
Melissa M. Longo (BBO #647649)
BIRNBAUM & ASSOCIATES, P.C.
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of July, 2004, a true and correct copy of the within Memorandum was served via electron means to Christopher Robertson, Esq.

/s/ Melissa M. Longo_____
Melissa M. Longo, Esq.

2