LAW OFFICES OF
# PAUL M. MONZIONE

TWO SOUTH MAIN STREET • SECOND FLOOR
P.O. BOX 1478
WOLFEBORO, NEW HAMPSHIRE 03894
(603) 569-9599
TELEFAX: (603) 569-0599

July 22, 2004

Christopher F. Robertson, Esq.
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

Re: Kanter v. Werner

Dear Chris:

Please find enclosed one copy of the April, May, and June 2004 bank account statements, along with the monthly reconciliations for each.

Very truly yours,

Paul M. Monzione, Esq.

PMM:mac

**BOSTON OFFICE**
268 SUMMER STREET
BOSTON, MA 02210
(617) 292-4900
TELEFAX: (603) 569-0599

**SAN FRANCISCO OFFICE**
1255 POST STREET, SUITE 1025
SAN FRANCISCO, CA 94109
(415) 346-9600
TELEFAX: (415) 928-4136

**PORTSMOUTH OFFICE**
74 BOW STREET, SUITE 206
PORTSMOUTH, NH 03801
(603) 334-9800