**L C Spring Waters of New England, LLC**
**Brentwood Springs**
**Balance Sheet**
**June 30, 2004**

### ASSETS

Current Assets
| | | |
|---|---:|---|
| Petty Cash | 100.00 | |
| Bank of New Hampshire checking | <3,038.18> ① | → NO CASH !! |
| Bank of New Hampshire Deluge | 159.04 | |
| Account Receivable | 1,883.03 | |
| Interco-Werner Enterprises-BS | 2,000.00 ② | → DUE FROM SCOTT |
| Loan Receivable-BS | 200.00 | |
| Loan Rec-Sadakka-BS | 3,195.34 | |
| DUE TO PARENTEAU | <19,174.02> | |

Total Current Assets                                        <14,674.79>

Property and Equipment
| | |
|---|---:|
| Equipment-Spring-BS | 156,150.90 |
| Equipment-Office-BS | 2,753.68 |
| Building Improvements-BS | 7,667.60 |
| Accumulated Depreciation-BS | <50,010.66> |
| Accumulated Amortization-BS | <7,571.00> |

Total Property and Equipment                                 108,990.52

Other Assets
Organization Costs-BS                       7,797.00

Total Other Assets                                             7,797.00

Total Assets                                                 102,112.74

### LIABILITIES AND CAPITAL

Current Liabilities
| | | |
|---|---:|---|
| Accounts Payable | 15,060.69 | |
| Intercompany AP-BS | <10,719.14> ③ | → DUE FROM LtC |
| Client Prepaid | 16,338.54 | |

Total Current Liabilities                                     20,680.09

Long-Term Liabilities
| | | |
|---|---:|---|
| Due To Brentwood | 9,709.04 | |
| Stockholder Loan-BS | <35,186.14> ④ | → DUE FROM SCOTT |

Total Long-Term Liabilities                                  <25,477.10>

Total Liabilities                                             <4,797.01>

**L C Spring Waters of New England, LLC**
**Brentwood Springs**
**Balance Sheet**
**June 30, 2004**

| | |
|---|---:|
| Capital | 66,012.02 |
| Retained Earnings | 15,133.50 |
| Partner Capital-Portogon-BS | 10,304.50 |
| Partner Capital-Sak-BS | 15,459.73 |
| Net Income | |
| | |
| Total Capital | 106,909.75  ④ |
| | |
| Total Liabilities & Capital | 102,112.74 |

*Handwritten notes:*

① NO CASH
② DUE FROM WERNER     37,000
③ DUE FROM LTC          11,000
                    DUE FROM    48,000

④ CAPITAL — OWNERS    # 106 909  ← NO CASH DISTRIBUTIONS

L C Spring Waters of New England, LLC
Brentwood Springs
Income Statement
For the Six Months Ending June 30, 2004

|  | Current Month |  | Year to Date |  |
|---|---:|---:|---:|---:|
| **Revenues** | | | | |
| Water Sales-Deluge | 24,221.98 | 98.98 | 119,471.66 | 98.76 |
| Sales- delay charge- Deluge | 0.00 | 0.00 | 0.00 | 0.00 |
| Freight Income-Deluge | 250.00 | 1.02 | 1,500.00 | 1.24 |
| Total Revenues | 24,471.98 | 100.00 | 120,971.66 | 100.00 |
| | | | | |
| **Cost of Sales** | | | | |
| Owner Operator Freight- Deluge | 0.00 | 0.00 | 451.05 | 0.37 |
| Equipment Expense-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Fuel-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Mileage/Tolls-BS | 0.00 | 0.00 | 297.40 | 0.25 |
| Water Fees-BS | 4,319.71 | 17.65 | 19,809.49 | 16.38 |
| Overweight Fees-B | 0.00 | 0.00 | 350.00 | 0.29 |
| Owner operator freight-BS | 132.29 | 0.54 | 5,515.42 | 4.56 |
| Ozone-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll taxes-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Permits & Registrations-BS | 0.00 | 0.00 | 256.00 | 0.21 |
| Purchase Discounts-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Truck lease-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Tanker lease-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Tanker Repair-BS | 0.00 | 0.00 | 987.70 | 0.82 |
| Workers comp-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Drivers-Deluge | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Taxes Drivers-Deluge | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cost of Sales | 4,452.00 | 18.19 | 27,667.06 | 22.87 |
| | | | | |
| Gross Profit | 20,019.98 | 81.81 | 93,304.60 | 77.13 |
| | | | | |
| **Expenses** | | | | |
| Advertising-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Auto-fuel/maintenance-BS | 0.00 | 0.00 | 85.87 | 0.07 |
| Auto-insurance-BS | 1,077.51 | 4.40 | 1,077.51 | 0.89 |
| Auto-lease-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Auto expense-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Bad debt expense-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank charges-BS | 275.75 | 1.13 | 638.50 | 0.53 |
| Business Enterprise Tax-BS | 0.00 | 0.00 | 2,550.00 | 2.11 |
| Charitable contributions-BS | 0.00 | 0.00 | 680.00 | 0.56 |
| Computer expense-BS | 0.00 | 0.00 | 10.00 | 0.01 |
| Corporation Taxes | 0.00 | 0.00 | 0.00 | 0.00 |
| Depreciation-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Dues & memberships-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Employee drug testing-BS | 0.00 | 0.00 | 0.00 | 0.00 |

L C Spring Waters of New England, LLC
Brentwood Springs
Income Statement
For the Six Months Ending June 30, 2004

| | | | | |
|---|---:|---:|---:|---:|
| Entertainment-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment leasing-BS | 132.17 | 0.54 | 726.71 | 0.60 |
| Fees & licenses-BS | 150.00 | 0.61 | 150.00 | 0.12 |
| Freight expense-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Income tax expense-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance-health and dental-BS | 485.69 | 1.98 | 5,874.49 | 4.86 |
| Insurance-commercial-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance-liability-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance-workers comp-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Medical and dental expense-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Interest expense-BS | 7.04 | 0.03 | 633.39 | 0.52 |
| Legal and professional-BS | 0.00 | 0.00 | 1,730.32 | 1.43 |
| Internet expense-BS | 73.46 | 0.30 | 517.93 | 0.43 |
| Maintenance (property)-BS | 168.71 | 0.69 | 168.71 | 0.14 |
| Meals-BS | 0.00 | 0.00 | <57.81> | <0.05> |
| Miscellaneous-BS | 0.00 | 0.00 | <1,922.75> | <1.59> |
| New spring research-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Office expense-BS | 72.50 | 0.30 | 2,689.83 | 2.22 |
| Office cleaning-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Office equipment leasing-BS | 61.90 | 0.25 | 371.40 | 0.31 |
| Office supplies-BS | 144.42 | 0.59 | 1,452.47 | 1.20 |
| Ozone testing-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll tax expense-BS | 1,008.69 | 4.12 | 3,860.40 | 3.19 |
| Payroll service expense-BS | 0.00 | 0.00 | 499.73 | 0.41 |
| Postage & delivery-BS | 485.51 | 1.98 | 3,026.30 | 2.50 |
| Printing-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Property taxes-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Rent-BS | 238.53 | 0.97 | 1,417.86 | 1.17 |
| Repairs & maint (building)-BS | 0.00 | 0.00 | 18.34 | 0.02 |
| Salaries-Support Staff-BS | 1,707.25 | 6.98 | 9,167.29 | 7.58 |
| Salaries Mgt-BS | 3,547.58 | 14.50 | 33,149.12 | 27.40 |
| Security-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone-BS | 204.73 | 0.84 | 1,501.16 | 1.24 |
| Towing-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| HOTELS-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| CAR RENTAL-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Utilities-BS | 621.61 | 2.54 | 5,404.48 | 4.47 |
| Water testing-BS | 408.00 | 1.67 | 2,423.62 | 2.00 |
| Other Income & Expense-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Depreciation-BS | 0.00 | 0.00 | 0.00 | 0.00 |
| Management Fee | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Expenses | 10,871.05 | 44.42 | 77,844.87 | 64.35 |
| Net Income | 9,148.93 | 37.39 | 15,459.73 | 12.78 |

## L C Spring Waters of New England, LLC
## General Ledger
### For the Period From Jun 1, 2004 to Jun 30, 2004

| Account | | Date | Reference | Jrnl | Trans Description | Debit Amt | Balance |
|---|---|---|---|---|---|---|---|
| Salaries-Support Staff-BS | 02 | 6/14/04 | 2580 | CDJ | Kim Dixon-Burrows - Salaries-Supp | 307.02 | |
| Salaries-Support Staff-BS | 02 | 6/18/04 | 5985 | CDJ | Faith Burrows - Salaries-Support Sta | 84.51 | |
| Salaries-Support Staff-BS | 02 | 6/18/04 | PRT06182004 | CDJ | Paychex, Inc. - Salaries-Support Staf | 58.42 | |
| Salaries-Support Staff-BS | 02 | 6/25/04 | 5996 | CDJ | Faith Burrows - Salaries-Support Sta | 103.90 | |
| Salaries-Support Staff-BS | 02 | 6/25/04 | 5997 | CDJ | Kim Dixon-Burrows - Salaries-Supp | 307.02 | |
| Salaries-Support Staff-BS | 02 | 6/25/04 | PRT06252004 | CDJ | Paychex, Inc. - Salaries-Support Staf | 64.08 | |
| Salaries-Support Staff-BS | 02 | 6/30/04 | | | Current Period Change | 1,707.25 | 1,707.25 |
| Salaries-Support Staff-BS | 02 | | | | Ending Balance | | 9,167.29 |
| Salaries Mgt-BS | 02 | 6/1/04 | | | Beginning Balance | | 29,601.54 |
| Salaries Mgt-BS | 02 | 6/2/04 | 2551 | CDJ | Scott Werner - Salaries Mgt-BS | 2,500.00 (LIMITED) | |
| Salaries Mgt-BS | 02 | 6/4/04 | PRT06042004 | CDJ | Paychex, Inc. - Salaries Mgt-BS | 1,059.26 | |
| Salaries Mgt-BS | 02 | 6/4/04 | PRT06042004-Ct | CDJ | Paychex, Inc. - Salaries Mgt-BS | 1,047.58 (OVERPAID) | 1,059.26 |
| Salaries Mgt-BS | 02 | 6/25/04 | SW-PRT0625200 | CDJ | Paychex, Inc. - Salaries Mgt-BS | | 1,059.26 |
| Salaries Mgt-BS | 02 | 6/30/04 | | | Current Period Change | 4,606.84 | 3,547.58 |
| Salaries Mgt-BS | 02 | | | | Ending Balance | | 33,149.12 |
| Telephone-BS | -02 | 6/1/04 | | | Beginning Balance | | 1,296.43 |
| Telephone-BS | -02 | 6/15/04 | 06012004 | PJ | AT&T | 48.28 | |
| Telephone-BS | -02 | 6/24/04 | 2615 | CDJ | Kim Dixon-Burrows - Telephone-BS | 70.00 | |
| Telephone-BS | -02 | 6/30/04 | 06272004 | PJ | Verizon (603-778-7222) | 86.45 | |
| Telephone-BS | -02 | 6/30/04 | | | Current Period Change | 204.73 | 204.73 |
| Telephone-BS | -02 | | | | Ending Balance | | 1,501.16 |
| Utilities-BS | -02 | 6/1/04 | | | Beginning Balance | | 4,782.87 |
| Utilities-BS | -02 | 6/25/04 | VISADEBIT0625 | CDJ | Diffeo Propane, Inc. - PROPANE | 294.88 | |
| Utilities-BS | -02 | 6/30/04 | 06282004 | PJ | PSNH | 299.12 | |
| Utilities-BS | -02 | 6/30/04 | 06282004 | PJ | PSNH | 27.61 | |
| Utilities-BS | -02 | 6/30/04 | | | Current Period Change | 621.61 | 621.61 |
| Utilities-BS | -02 | | | | Ending Balance | | 5,404.48 |
| Water testing-BS | -02 | 6/1/04 | | | Beginning Balance | | 2,015.62 |
| Water testing-BS | -02 | 6/4/04 | VISADEBIT0603 | CDJ | Premier Laboratory, LLC - BRENTV | 92.00 | |
| Water testing-BS | -02 | 6/9/04 | VISADEBIT0609 | CDJ | National Testing Laboratories | 40.00 | |
| Water testing-BS | -02 | 6/30/04 | VISADEBIT0630 | CDJ | Premier Laboratory, LLC - BRENTV | 276.00 | |
| Water testing-BS | -02 | 6/30/04 | | | Current Period Change | 408.00 | 408.00 |
| Water testing-BS | I-02 | | | | Ending Balance | | 2,423.62 |

## L C Spring Waters of New England, LLC
### Balance Sheet
### April 30, 2004

### ASSETS

**Current Assets**

| | |
|---|---|
| Petty Cash | 100.00 |
| Bank of New Hampshire checking | <6,498.22> |
| Bank of New Hampshire L&C | 121.14 |
| Account Receivable | 56,689.32 |
| Interco-Werner Enterprises-FS | (11,656.42) — DUE FROM SCOTT |
| Loan Rec-Sadakka-FS | 76,218.23 |
| Loan Rec-SW-FS | (51,046.87) — DUE FROM SCOTT |
| Due from LC NE Holding | 5,631.15 |
| Employee Advances-FS | 2,000.00 |

Total Current Assets                                           196,964.91

**Property and Equipment**

| | |
|---|---|
| Equipment-Spring-FS | 245,707.32 |
| Equipment-Office-FS | 37,631.37 |
| Building Improvements-FS | 4,038.21 |
| Land Improvements-FS | 54,580.75 |
| Tankers-FS | 205,508.40 |
| Trucks-FS | 57,540.41 |
| Auto | 52,017.55 |
| Accumulated Depreciation-FS | <493,760.86> |
| Accumulated Amortization-FS | <31,938.00> |

Total Property and Equipment                                   131,325.15

**Other Assets**

| | |
|---|---|
| Organization Costs-FS | 4,406.00 |
| Deferred Financing Costs-FS | 28,438.00 |

Total Other Assets                                              32,844.00

Total Assets                                                   361,134.06

### LIABILITIES AND CAPITAL

**Current Liabilities**

| | |
|---|---|
| Accounts Payable | 39,413.85 |
| Intercompany AP-FS | 10,719.14 |
| ACCRUED BUSINESS TAXES | <179.00> |
| Temporary Loan from Officer | (<24,200.00>) — DUE FROM SCOTT |
| Taxes Payable-FS | <1,000.00> |
| Accrued Corporate Tax-FS | <362.00> |

Total Current Liabilities                                       24,391.99

# 87,000 DUE FROM SCOTT