05/08/04 SAT 12:49 FAX 6037726636    BRENTWOOD SPRINGS → NY FAX    @008

# Invoice

**Brentwood Springs Water Company, LLC**

75 Route 27
Brentwood, NH 03833
Tel: (603) 778-7725
Fax: (603) 772-6636

| DATE | INVOICE # |
|---|---|
| 5/1/04 | 125 |

**BILL TO**

L&C Springwaters of N.E., LLC
P.O. Box 1330
Alton, NH 03809-1330

**SHIP TO**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | Net 30 | MP | 4/30/04 |  | Brentwood |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
|  |  | WATER SALES APRIL 2004 |  |  |
| 17 | GAR 8142G | Natural Spring Water - Gerelick Farms, Lynn 8,142 gallon load | 20.36 | 346.12 |
| 15 | L&C 8142GN | Natural Spring Water - L&C 8,142 gallon load | 20.36 | 305.40 |
| 3 | Dunaj.5700G | Natural Spring Water - Dunajski Dairy 5,700 gallon load | 85.50 | 256.50 |
| 5 | Twin 8142G | Natural Spring Water - Twin Mountain 8,142 gallon load | 20.36 | 101.80 |
| 101 | Frank8142G | Natural Spring Water - Gerelick Farms, Franklin 8,142 gallon load | 20.36 | 2,056.36 |
| 8 | Frank6500G | Natural Spring Water - Gerelick Farms, Franklin 6,500 gallon load | 16.25 | 130.00 |
| 1 | Hood8142G | Natural Spring Water - H. P. Hood, 8,142 gallon load | 20.36 | 20.36 |

**Total** $3,216.54

# Invoice

**Brentwood Springs Water Company, LLC**

75 Route 27
Brentwood, NH 03833
Tel: (603) 778-7725
Fax: (603) 772-6636

| DATE | INVOICE # |
|---|---|
| 6/1/04 | 126 |

**BILL TO**

L&C Springwaters of N.E., LLC
P.O. Box 1330
Alton, NH 03809-1330

**SHIP TO**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B | PROJECT |
|---|---|---|---|---|---|---|
|  | Net 30 | MP | 5/31/04 |  | Brentwood |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
|  |  | WATER SALES MAY 2004 |  |  |
| 20 | GAR 8142G | Natural Spring Water - Garelick Farms, Lynn 8,142 gallon load | 20.36 | 407.20 |
| 12 | L&C 8142GN | Natural Spring Water - L&C 8,142 gallon load | 20.36 | 244.32 |
| 3 | Dumj.5700G | Natural Spring Water - Dumajski Dairy 5,700 gallon load | 85.50 | 256.50 |
| 3 | Twin 8142G | Natural Spring Water - Twin Mountain 8,142 gallon load | 20.36 | 61.08 |
| 151 | Frnk8142G | Natural Spring Water - Garelick Farms, Franklin 8,142 gallon load | 20.36 | 3,074.36 |
| 17 | Frnk6500G | Natural Spring Water - Garelick Farms, Franklin 6,500 gallon load | 16.25 | 276.25 |

**Total** $4,319.71