UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCOTT A. KANTER and DELUGE LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. 04-10489(RCL) |
| v. | ) ) | |
| SCOTT J. WERNER, WERNER ENTERPRISES and L&C SPRING WATERS OF NEW ENGLAND, LLC (f/k/a L&C SPRING WATERS OF NEW ENGLAND HOLDING COMPANY, LLC.), | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION FOR A STATUS CONFERENCE

The Plaintiffs, Scott Kanter and Deluge LLC, hereby move the Court to schedule a status conference to discuss the current status of this case and to allow the parties to provide the Court with an update of several significant events that have recently occurred, which may require Court supervision.  These recent events may also substantially affect certain pending motions, including the plaintiffs' motion for receiver and motion for contempt.

Specifically, in late November 2004, while the motions for receiver and contempt were pending, Scott Werner agreed to transfer certain cash receipts and accounts from L&C's control to the control of Deluge.  That process of transfer has begun, but has not yet been completed because continuing disputes about the exact amount of funds to transfer and the ownership of certain contracts.

In light of the critical juncture of this matter, the plaintiffs believe that a case management conference to discuss these latest developments and update the Court regarding the ongoing discussions among the parties will be very beneficial.  The plaintiffs believe that the

BO1 15685344.1

Court can assist in resolving at least the present agreement, and assure that the transition of certain operations of the Spring continues without disruption. The plaintiffs would also be prepared to address continuing disputes between the parties that are not addressed by the present transfer of the accounts, which will assist the Court in setting a case management schedule and prospective trial date. Such a conference will also potentially streamline the pending motions before the Court and allow the Court to provide equitable relief more closely tailored to the current state of affairs. To date, the parties have had no conferences before the Court.

WHEREFORE, the plaintiffs respectfully request that Court schedule a case management conference to discuss the current status of this case.

SCOTT A. KANTER and DELUGE LLC,
By their attorneys,


  /s/ Christopher F. Robertson
Christopher F. Robertson (BBO No. 642094)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:   (617) 946-4800
Telecopier:   (617) 946-4801

Date:  December 17, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In compliance with Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned counsel for the plaintiffs hereby certifies that counsel for the plaintiffs attempted to confer in an effort in good faith to resolve or narrow the issues presented by this motion. Specifically, plaintiffs' counsel contacted opposing counsel and requested that counsel agree to move the Court jointly for a scheduling conference. The defendants' counsel would not agree, necessitating the present motion.

      /s/ Christopher F. Robertson
Christopher F. Robertson

## CERTIFICATE OF SERVICE

On December 17, 2004, I caused to be served a copy of the foregoing document by first class mail, postage prepaid, upon all counsel of record.

      /s/ Christopher F. Robertson
Christopher F. Robertson