UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10489-RCL</u>

SCOTT A. KANTER
Plaintiff

v.

SCOTT J. WERNER
Defendant

## **NOTICE OF HEARING**

LINDSAY, D.J.

     TAKE NOTICE that the above-entitled case has been set for hearing on all pending motions at **3:00PM**, on **February 14, 2005,** in Courtroom No. 11, 5th floor, United States Courthouse. Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

By the Court,

/s/ Lisa M. Hourihan
_____
Deputy Clerk

January 3, 2005

To: All Counsel