UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
******************************
                              *
SCOTT A. KANTER and DELUGE, LLC *
                              *
        Plaintiff             *
                              *
v.                            *   Civil Action No. 04-10489 (RCL)
                              *
SCOTT J. WERNER, WERNER       *
ENTERPRISES and L&C SPRING    *
WATERS OF NEW ENGLAND, LLC    *
(f/k/a L&C SPRING WATERS OF NEW *
ENGLAND HOLDING COMPANY, LLC  *
                              *
        Defendant             *
                              *
******************************
```

## AFFIDAVIT OF MARTIN RICHARDSON

I, Martin Richardson, being duly deposed and sworn, state and affirm as follows:

1. That I am the duly appointed representative of Portogan Investments, Inc., a member of Deluge, LLC.

2. The above-captioned case was initiated by Scott Kanter without the prior consent of Portogan Investments, Inc.

3. Although I agree that the issues addressed in this lawsuit should be resolved, it is Portogan's position that the resolution of these issues be achieved first through mediation and failing that, through binding arbitration as provided for in the operating agreement of Deluge, LLC.

4. To this end, the parties have already engaged in settlement negotiations, having

exchanged written proposals addressing all issues to be resolved, and although some disagreement remains, it is Portogan's position further negotiations in mediation are needed.

5. Having communicated regarding these negotiations with both sides, Portogan remains optimistic that further settlement efforts will result in a resolution thereby saving the parties the expense and aggravation of protracted litigation. Moreover, it is clear that the operating agreement for Deluge, LLC first requiring mediation and then binding arbitration does so in order to provide a process of alternative dispute resolution that is more cost effective and faster than litigation in the best interest of all interested parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of July, 2004 at Jersey, Channel Islands.

_____
Martin Richardson

Before me

J J R Johnson



J J R JOHNSON
NOTARY PUBLIC
P O BOX 145 HAWKSFORD HOUSE
CALEDONIA PLACE
ST HELIER, JERSEY JE4 8QP