UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4 P 2: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

SCOTT KANTER,                          )
                                       )
                Plaintiff,             )       C.A. No. 04-10489-RCL
                                       )
V.                                     )
                                       )
SCOTT J. WERNER, WERNER                )
ENTERPRISES and L&C SPRING             )
WATERS OF NEW ENGLAND, LLC             )
(f/k/a L&C SPRING WATERS OF NEW        )
ENGLAND HOLDING COMPANY, LLC. )
                                       )
                Defendants.            )
                                       )

**NOTICE OF CHANGE OF FIRM**

The undersigned, counsel for defendants Scott J. Werner, Werner Enterprises and L&C

Spring Waters of New England, LLC, hereby notifies the Court and certifies that this notice has

been given to all parties, that effective February 1, 2005, counsel's law firm contact information

is as follows:

Scott A. Birnbaum
Birnbaum & Godkin, LLP
268 Summer Street
Boston, MA 02210
Tel: 617-542-3100
Fax: 617-542-3111
birnbaum@birnbaumgodkin.com

Respectfully Submitted
SCOTT J. WERNER, WERNER
ENTERPRISES and L&C WATERS
OF NEW ENGLAND, LLC

By their attorneys,

Scott A. Birnbaum  (BBO # 543834)
BIRNBAUM & GODKIN, LLP
268 Summer Street
Boston, MA 02210-1108
(617) 542-3100

Dated:  February 2, 2005

I, Scott A. Birnbaum, hereby certify that I have caused a copy
of the foregoing to be mailed to all attorneys of record this
____ day of February, 2005.

Scott A. Birnbaum