UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCOTT KANTER, )
)
            Plaintiff, )   C.A. No. 04-10489-RCL
)
V. )
)
SCOTT J. WERNER, WERNER )
ENTERPRISES and L&C SPRING )
WATERS OF NEW ENGLAND, LLC )
(f/k/a L&C SPRING WATERS OF NEW )
ENGLAND HOLDING COMPANY, LLC. )
)
            Defendants. )
)

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please note the withdrawal of appearance of Attorney Scott A. Birnbaum and the firm Birnbaum & Godkin, LLP, as counsel for defendants Scott J. Werner, Werner Enterprises and L&C Waters of New England, LLC. Please note further that defendants will continue to be represented by Attorney Paul M. Monzione.

                                            SCOTT J. WERNER, WERNER
                                            ENTERPRISES and L&C WATERS
                                            OF NEW ENGLAND, LLC

                                            By their attorneys,

DATED: September 20, 2005           /s/Scott A. Birnbaum
                                            Scott A. Birnbaum (BBO # 543834)
                                            Birnbaum & Godkin, LLP
                                            280 Summer Street, 5th Floor
                                            Boston, MA  02210
                                            Tel: 617-307-6100