UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT KANTER,  )<br>  )<br>       Plaintiff,  )<br>  )<br>V.  )<br>  )<br>SCOTT J. WERNER, WERNER  )<br>ENTERPRISES and L&C SPRING  )<br>WATERS OF NEW ENGLAND, LLC  )<br>(f/k/a L&C SPRING WATERS OF NEW  )<br>ENGLAND HOLDING COMPANY, LLC.  )<br>  )<br>       Defendants.  )<br>  ) | C.A. No. 04-10489-RCL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note the withdrawal of appearance of Attorney Melissa M. Longo and the firm Birnbaum & Godkin, LLP, as counsel for defendants Scott J. Werner, Werner Enterprises and L&C Waters of New England, LLC. Please note further that defendants will continue to be represented by Attorney Paul M. Monzione.

                                                SCOTT J. WERNER, WERNER
                                                ENTERPRISES and L&C WATERS
                                                OF NEW ENGLAND, LLC

                                                By their attorneys,

DATED: September 20, 2005          /s/Melissa M. Longo
                                                Scott A. Birnbaum (BBO # 543834)
                                                Birnbaum & Godkin, LLP
                                                280 Summer Street, 5th Floor
                                                Boston, MA  02210
                                                Tel: 617-307-6100