Law Offices Of
## PAUL M. MONZIONE



Two South Main Street • Second Floor
P.O. Box 1478
Wolfeboro, New Hampshire 03894
(603) 569-9599
Telefax: (603) 569 0599

February 25, 2005

**VIA TELEFAX**

Christopher F. Robertson, Esquire
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

Re: <u>Scott A. Kanter v. Scott J. Werner, et al.</u>

Dear Chris:

As you know, we have to have the mediator selected and a mediation date set fairly soon, and therefore I am writing to get dates from you and a name or names of someone who you would recommend act as mediator. I am also in the process of obtaining a name or names who I will suggest.

I would like to get this going by the first of next week, and therefore ask that you get in touch with me Monday or Tuesday.

I look forward to hearing from you.

Very truly yours,

Paul M. Monzione

PMM/rdw

| Boston Office | San Francisco Office | Portsmouth Office |
|---|---|---|
| 268 Summer Street | 1255 Post Street, Suite 1025 | 74 Bow Street, Suite 206 |
| Boston, MA 02210 | San Francisco, CA 94109 | Portsmouth, NH 03801 |
| (617) 292-4900 | (415) 346-9600 | (603) 334-9800 |
| Telefax: (603) 569-0599 | Telefax: (415) 928-4136 | |