**EXHIBIT B**

LAW OFFICES OF
# PAUL M. MONZIONE

TWO SOUTH MAIN STREET • SECOND FLOOR
P.O. BOX 1478
WOLFEBORO, NEW HAMPSHIRE 03894
(603) 569-9599
TELEFAX: (603) 569-0599

April 29, 2005

**VIA FAX ONLY**

Christopher F. Robertson, Esq.
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028

    Re:   <u>Scott A. Kanter v. Scott J. Werner, et al.</u>

Dear Chris,

    This morning my office contacted Brad Honoroff's scheduling clerk and learned he is available for mediation in the above case the morning of May 5, 2005. We would like to confirm this date given that our Court deadline to complete the mediation has come and gone despite Defendant's effort to schedule it for early May.

    Please confirm this today. I look forward to hearing from you.

    Thank you for your prompt response.

Very truly yours,

Paul M. Monzione, Esq

PMM:sml
cc:   Scott Werner

BOSTON OFFICE
268 SUMMER STREET
BOSTON, MA 02210
(617) 292-4900
TELEFAX: (603) 569-0599

SAN FRANCISCO OFFICE
1255 POST STREET, SUITE 1025
SAN FRANCISCO, CA 94109
(415) 346-9600
TELEFAX: (415) 928-4136

PORTSMOUTH OFFICE
74 BOW STREET, SUITE 206
PORTSMOUTH, NH 03801
(603) 334-9800