
# SEYFARTH SHAW LLP
ATTORNEYS

Writer's direct phone
617-946-4989

Writer's e-mail
crobertson@seyfarth.com

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

March 2, 2005

**VIA FAX AND FIRST CLASS MAIL**

Mr. Paul M. Monzione
2 South Main Street
P. O. Box 1478
Wolfeboro, NH 03894

Re: Scott A. Kanter v. Scott J. Werner, et al., Civ. Act. No. 04-10489 (RCL)

Dear Paul:

I write to respond to your letter dated February 25, 2005 regarding mediation. After considering a number of recommendations from various sources, I believe that either Brad Honoroff of The Mediation Group or Jeff Stern of Sugarman, Rogers would be well suited to mediate this dispute. Please let me know whom you suggest and we can first reach out regarding availability and then collectively decide who to use.

Further to our mediation efforts, it is still unclear whether your client has agreed to make the Peachtree Electronic Data Files for L&C available to Scott Kanter and Portogon in advance of the mediation. While your February 17, 2005 letter to me addressed a number of issues, it did not clearly confirm that those files will be made available for review. Please confirm your client's position on that issue, as I am sure it will impact the effectiveness of the upcoming mediation. In addition, we need to know when the files will be made available to give us time to analyze the data in advance of the mediation.

I look forward to hearing from you.

Sincerely yours,

SEYFARTH SHAW LLP

Christopher F. Robertson

cc: Scott A. Kanter
    Martin Richardson
    Michael Callahan

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

BO1 15700122.1

# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4989

Writer's e-mail
crobertson@seyfarth.com

March 22, 2005

**VIA FAX AND FIRST CLASS MAIL**

Mr. Paul M. Monzione
2 South Main Street
P. O. Box 1478
Wolfeboro, NH 03894

    Re:    Scott A. Kanter v. Scott J. Werner, et al., Civ. Act. No. 04-10489 (RCL)

Dear Paul:

    I write to respond to your telephone call last week regarding mediation and your letter dated March 3, 2005 regarding access to the financial records of L&C.

    First, in connection with the mediation, I have spoken to Brad Honoroff's assistant and she has indicated the following dates are available, depending on whether we are anticipating a full day mediation or a half day: April 28th (half day); May 3rd (full day); May 4th (full day); May 5th (half day); or May 6th (half day). Please let me know which dates work for you and Scott Werner and we will try to fix a firm date.

    Second, in connection with Scott Werner's requirement that the L&C financial records be requested in accordance with New Hampshire law, I am enclosing a demand for inspection on behalf of Scott Kanter, as trustee of the Ardi Family Trust. Thank you for agreeing to accept this demand on behalf of L&C.

    I look forward to hearing from you regarding these matters.

Sincerely yours,

SEYFARTH SHAW LLP

Christopher F. Robertson

cc:    Scott A. Kanter
        Martin Richardson
        Michael Callahan

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

BO1 15704100.1



World Trade Center East

Two Seaport Lane

Suite 300

Boston, MA 02210-2028

617-946-4800

fax 617-946-4801

www.seyfarth.com

Writer's direct phone
617-946-4989

Writer's e-mail
crobertson@seyfarth.com

March 22, 2005

**VIA FAX AND FIRST CLASS MAIL**

Mr. Paul M. Monzione
2 South Main Street
P. O. Box 1478
Wolfeboro, NH 03894

   Re: L&C Spring Waters Suppliers, Inc. – Demand for Inspection of Records Pursuant to
      New Hampshire Business Corporation Act § 293-A:16.02

Dear Paul:

  I have been authorized to make a demand on behalf of Scott Kanter, as the Trustee of the Ardi Family Trust, a shareholder of L&C Spring Waters Suppliers, Inc. ("L&C"), for inspection of L&C's financial records under New Hampshire Business Corporation Act § 293-A:16.02. I understand that you have agreed to accept this demand on behalf of L&C.

  New Hampshire Business Corporation Act § 293-A:16.02 provides that any shareholder of a New Hampshire corporation may inspect accounting records of the corporation upon five business days notice to the company if the demand is in writing, is made in good faith and states a proper purpose. The purpose of the inspection, as discussed with the other outside shareholder Portogon, is to assess the current financial condition of the company, and to confirm that all company assets have been used for proper business purposes. As you know, neither Kanter nor Portogon have had any access to or inspected these records in several years. We also note that New Hampshire Business Corporation Act § 293-A:16.20 requires that a corporation "shall furnish its shareholders annual financial statements" within 120 days after the close of each fiscal year that must include a balance sheet, income statement and a statement in changes to shareholders equity. These annual financial statements have not been provided to Mr. Kanter or, we understand Portogon, since 1997. Thus, the inability of Mr. Kanter or Portogon to review such statutorily required annual financial statements in over seven years further supports the good faith and proper purpose of the present demand. The requested records are directly connected with this purpose.

  We request that such inspection be allowed on Thursday, March 31, 2005. Under New Hampshire Business Corporation Act § 293-A:16.03, however, a shareholder is entitled alternatively to receive copies of the corporation's accounting records, if the shareholder agrees to pay for the copying costs. By this letter, Scott Kanter requests that the accounting records, which we understand are kept on the corporation's electronic Peachtree Data Files, be copied to a compact disc and sent to Scott Kanter in Boston. The cost for this copying should be minimal, but will

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

BO1 15700122.1





Mr. Paul M. Monzione
March 22, 2005
Page 2

nonetheless be paid by Mr. Kanter in accordance with New Hampshire law. In the event that the corporation refuses to produce the files for inspection and electronic copying, please note that New Hampshire Business Corporation Act § 293-A:16.04 provides that the shareholder may apply to a court for an order for such records and the right to copy those records. Importantly, the statute provides that in the event the court orders inspection and copying, the corporation shall pay the shareholder's costs, including attorneys fees. We are very hopeful that we can avoid any such court proceedings, given the apparent ease with which the documents can be produced.

    I look forward to hearing from you.

                        Sincerely yours,
                        SEYFARTH SHAW LLP

                        Christopher F. Robertson

cc:    Scott A. Kanter
        Martin Richardson
        Michael Callahan

BO1 15700122.1

# SEYFARTH
### ATTORNEYS SHAW LLP

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4989

Writer's e-mail
crobertson@seyfarth.com

May 1, 2005

**VIA FAX AND FIRST CLASS MAIL**

Mr. Paul M. Monzione
2 South Main Street
P. O. Box 1478
Wolfeboro, NH 03894

Re:   Scott A. Kanter v. Scott J. Werner, et al., Civ. Act. No. 04-10489 (RCL)

Dear Paul:

I am in receipt of your letter to me dated April 29, 2005 concerning mediation. Unfortunately, neither Scott Kanter or I are available on May 5, 2005. Scott and I are also unavailable the following week. However, I have inquired of Brad Honoroff's scheduling clerk as well, and she informs me that Mr. Honoroff is available on the following days: May 31, 2005 through June 3, 2005, June 7, 2005 through June 10, 2005, and June 15 and 16, 2005. I may have a trial the week of May 31, 2005 in federal court in Boston, but the other dates appear to work for my schedule. If my trial dates change, as may well happen, then the May 31 week should be open as well.

As to the mediation itself, my understanding from your message is that you and your client hope to resolve all of the issues that remain outstanding between the parties, including the issues concerning L&C. In this regard, while we appreciate the production of some of the information requested concerning L&C, the information produced was limited to only 2004 and 2005 data from the Peachtree files. As you recall, we discussed the production of information from at least 2001 forward. Please let me know whether your client is willing to produce the Peachtree files for the years 2001 through 2003 in advance of the mediation, as the availability of this information will undoubtedly impact that proceeding.

I look forward to hearing from you.

Sincerely yours,

SEYFARTH SHAW LLP

Christopher F. Robertson

BRUSSELS   WASHINGTON, D.C.   SAN FRANCISCO   SACRAMENTO   NEW YORK   LOS ANGELES   HOUSTON   CHICAGO   BOSTON   ATLANTA

BO1 15712569.1



Mr. Paul M. Monzione
May 1, 2005
Page 2

cc:   Scott A. Kanter
      Martin Richardson
      Michael Callahan

BO1 15712569 1

# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
617-946-4989

Writer's e-mail
crobertson@seyfarth.com

July 19, 2005

**BY FACSIMILE: 603-569-0599**

Mr. Paul M. Monzione
Two South Main Street
P. O. Box 1478
Wolfeboro, NH 03894

    Re:    <u>Scott A. Kanter v. Scott J. Werner, et al.</u>, Civ. Act. No. 04-10489 (RCL)

Dear Paul:

    I apologize for not responding to your recent letter last week, but I was away on vacation. As a follow up regarding mediation, I have been contacted by Brad Honoroff's office inquiring about rescheduling a mediation date. I understand that Scott Kanter is currently reviewing the information provided by your office last month and should be in a position to have a productive mediation session within the next few weeks. Thus, I propose that we contact Mr. Honoroff's office and propose dates in early to mid August for the mediation.

    Please let me know available dates for you and your client and I will contact Mr. Honoroff's office to set a firm date.

                              Sincerely yours,

                              SEYFARTH SHAW LLP

                              Christopher F. Robertson

CFR/nmp

cc:    Scott A. Kanter
        Michael F. Callahan, Esq.

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA

BO1 15726631.1 / 87905-000001