### Robertson, Christopher

**From:** Jeremy Parisi [jparisi@browncpas.com]
**Sent:** Thursday, August 25, 2005 4:06 PM
**To:** Robertson, Christopher; tim@bigelowcpa.com
**Cc:** Scott Kanter
**Subject:** L&C Spring Waters of New England, LLC and L&C Spring Water Suppliers, Inc.

Gentlemen,

Please be advised in anticipation of our upcoming meeting, We request the following regarding L&C Spring Waters of New England, LLC and L&C Spring Water Suppliers, Inc,:

- 2005 Financial Statements, detail general ledger and electronic files through July 2005
- 2003 & 2004 Corporate Tax Returns
- 2003 & 2004 Adjusted Trial Balance work papers backing up the corporate tax returns
- 2002, 2003 & 2004 Adjusted Entries
- 2001, 2002, 2003 & 2004 Tax Work Papers

Thank You,

Jeremy Parisi

9/22/2005

## Robertson, Christopher

**From:** Jeremy Parisi [jparisi@browncpas.com]
**Sent:** Wednesday, August 31, 2005 11:05 AM
**To:** Robertson, Christopher; tim@bigelowcpa.com
**Cc:** Scott Kanter
**Subject:** L&C Spring Waters of New England, LLC and L&C Spring Water Suppliers, Inc.

Gentlemen,

Please be advised in anticipation of our upcoming meeting, We request the following regarding L&C Spring Waters of New England, LLC and L&C Spring Water Suppliers, Inc,:

- 2005 Financial Statements, detail general ledger and electronic files through July 2005
- 2003 & 2004 Corporate Tax Returns
- 2003 & 2004 Adjusted Trial Balance work papers backing up the corporate tax returns
- 2002, 2003 & 2004 Adjusted Entries
- 2001, 2002, 2003 & 2004 Tax Work Papers

Chris, in addition could you please forward this email to Paul Munzione?

A response is expected.

Thank You,

Jeremy Parisi

9/22/2005