UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Scott A. Kanter and Deluge, LLC | |
| Plaintiffs | |
| v. | Civil Action No. 04-10489 (RCL) |
| Scott J. Werner, Werner Enterprises, and L&C Spring Waters of New England, LLC (f/k/a L&C Spring Waters of New England Holding Company, LLC. | |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT STATUS REPORT OF PARTIES RE: MEDIATION**

Pursuant to this Court's order, the parties hereby submit the following status report regarding mediation. The parties previously submitted a status report on September 23, 2005, in which they advised the Court that they had agreed on Brad Honoroff as a mediator in this case, but also advised that Plaintiffs were unwilling to proceed with the mediation because of ongoing disputes over the production of information necessary to render the mediation productive. Defendants disputed, and continue to dispute, that they have delayed the production of information in this case.

Since the date of the last report to the Court, non-party shareholder Portogon has become actively involved in seeking to resolve the ongoing discovery issues between the parties and to facilitate a resolution of the remaining disputes. As a result of these efforts, additional information has been produced by the Defendants in the last several weeks, which is being

reviewed by Plaintiffs.  If that information answers the remaining open issues among the parties, then Plaintiff is prepared to schedule firm dates with Mr. Honoroff and proceed with the mediation, depending on Mr. Honoroff's schedule.

The parties therefore request that the Court extend the date for the completion of the mediation until the end of June 2006.

>Respectfully submitted,
>
>SCOTT J. WERNER, WERNER ENTERPRISES
>and L&C WATERS OF NEW ENGLAND, LLC
>
>By Their Attorneys

Date: March 15, 2006

By: /s/ Paul M. Monzione
Paul M. Monzione, Esq. (BBO #352350)
LAW OFFICES OF PAUL M. MONZIONE, P.C.
2 South Main Street, Second Floor
P.O. Box 1478
Wolfeboro, NH 03894
(603) 569-9599

>SCOTT A. KANTER and DELUGE, LLC
>By Their Attorneys

Date: March 15, 2006

By: /s/ Christopher F. Robertson
Christopher F. Robertson, Esq. (BBO #642094)
SEYFARTH SHAW, LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4989