UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT A. KANTER and DELUGE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT J. WERNER, WERNER ENTERPRISES and L&C SPRING WATERS OF NEW ENGLAND, LLC (f/k/a L&C SPRING WATERS OF NEW ENGLAND HOLDING COMPANY, LLC.),<br><br>Defendants. | CIVIL ACTION NO. 04-10489 (RCL) |

**PLAINTIFF'S EMERGENCY EX PARTE MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, the Plaintiff Scott Kanter, hereby moves this Court for a temporary restraining order ("TRO") and a preliminary injunction ("injunction") against Defendant Scott Werner. In support of the instant Motion, Plaintiff respectfully refers the Court to his accompanying Affidavit and his Memorandum in Support of this Motion. Specifically, Plaintiff moves that this Court:

1. Enter a temporary restraining order restraining and enjoining the Defendant Scott Werner until further Order of the Court from:

    (a) harassing, harming, or contacting in person, by telephone, by electronic mail or by any other means, directly or indirectly, Scott Kanter, his children, or any other member of Scott Kanter's family; and

    (b) coming within 100 feet of Scott Kanter, his children, or any other members of his family;

2. Grant such other and further relief as this Court deems proper and just.

For the Court's convenience, Plaintiff submits a proposed Order as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that the Court allow his Emergency *Ex Parte* Motion for a Temporary Restraining Order and Preliminary Injunction, and enter the Order attached hereto as Exhibit A. Plaintiff further requests that the Court set this Motion for a hearing as soon as the Court is available.

Respectfully Submitted,

SCOTT A. KANTER,
By his attorneys,

*/s/ Christopher F. Robertson*

Christopher F. Robertson (BBO No. 642094)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone:  (617) 946-4800
Telecopier:  (617) 946-4801

Dated: July 26, 2006

BO1 15791050.1 / 87905-000001

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT A. KANTER and DELUGE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT J. WERNER, WERNER ENTERPRISES and L&C SPRING WATERS OF NEW ENGLAND, LLC (f/k/a L&C SPRING WATERS OF NEW ENGLAND HOLDING COMPANY, LLC.),<br><br>Defendants. | CIVIL ACTION NO. 04-10489 (RCL) |

## PROPOSED ORDER

This matter having come for hearing on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, and upon good cause shown, it is hereby ORDERED that Defendant, Scott Werner, is until further order of this Honorable Court, hereby restrained and enjoined from:

(a) harassing, harming, or contacting in person, by telephone, by electronic mail or by any other means, directly or indirectly, Scott Kanter, his children, or any other family members; and

(b) coming within 100 feet of Scott Kanter, his children, or any other family members.

_____
Reginald C. Lindsay
United States District Judge

ENTERED and DATED:_____

BO1 15791237.1