**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERK'S OFFICE

2005 JUL 25   P 2: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| SCOTT A. KANTER and DELUGE, LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| SCOTT J. WERNER, WERNER | ) |
| ENTERPRISES and L&C SPRING | ) |
| WATERS OF NEW ENGLAND, LLC (f/k/a | ) |
| L&C SPRING WATERS OF NEW | ) |
| ENGLAND HOLDING COMPANY, LLC.), | ) |
| | ) |
| Defendants. | ) |

CIVIL ACTION NO. 04-10489 (RCL)

## AFFIDAVIT OF SCOTT A. KANTER

I, SCOTT A. KANTER, declare as follows:

1.      I am the Plaintiff in this matter and I make this affidavit on the basis of my own personal knowledge of the facts set forth herein and could testify competently thereto if called to do so.

2.      On July 10, 2006 at approximately 1:30 p.m., as I was leaving the Osteria Rustico restaurant located across the street from my place of employment on Canal Street in Boston, a man yelled from a parked white SUV, "Hey Kanter." The man then opened the door and approached me. I stopped and recognized him as the Defendant Scott Werner.

3.      By the time I said "hi Scott," Werner placed his hand and arm around my shoulder and started to forcefully pulled me toward the vacant side of the restaurant, which was the opposite direction in which I was headed.

4.     As Werner did this he said to me in a threatening tone, "I have pictures of your kids that I want to show you" and he repeated, "I want to show you pictures of your kids." I was shocked by Werner's statements and I shook off his arm and I told Werner not to touch me.

5.     Werner reached and grabbed my shoulder again as he said, "as you can see I know where you work and even where you eat lunch." I pulled his arm off again and attempted to leave. Werner stood directly in front of me, blocking my way and said, "don't fucking walk away from me."

6.     Werner then pushed his finger into my nose and said, "I am all done fucking talking to you," and that he was "done with me being a little Jew boy," and that he was "done with my fucking Jew boy attorneys."

7.     Fearing to walk away, I attempted to calm Werner down and asked him to sit down outside the restaurant, and I reminded him that this was a business dispute and that it should not be a personal or family matter. Werner interrupted me to say that I had 24 hours to give him his stock in Deluge, or else he would take matters into his own hands. When I tried to respond, he stated that "the 24 hour clock was running" and again demanded his stock in Deluge, the company at the center of the present lawsuit.

8.     Fearing that things were heating up and that my attempts to calm Werner down were failing, I stood up and quickly walked across the street and into my office building.

9.     After the assault, I contacted the Boston Police Department, who are currently investigating this matter.

10.    My children are returning from vacation in August, and Werner's threats have placed me in fear of my personal safety and the safety of my children.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of July, 2006 at Boston, Massachusetts.

_____

SCOTT A. KANTER