UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
SCOTT A. KANTER and DELUGE, LLC,)
                               )
         Plaintiffs,           )
                               )    CIVIL ACTION NO. 04-10489 (RCL)
v.                             )
                               )
SCOTT J. WERNER, WERNER        )
ENTERPRISES and L&C SPRING     )
WATERS OF NEW ENGLAND, LLC (f/k/a)
L&C SPRING WATERS OF NEW       )
ENGLAND HOLDING COMPANY, LLC.),)
                               )
         Defendants.           )
_____)
```

### AFFIDAVIT OF CHRISTOPHER F. ROBERTSON
### PURSUANT TO FED. R. CIV. P. 65(b)(2)

I, Christopher F. Robertson, being duly sworn, do hereby depose and say as follows:

1. I am of legal age and believe in the obligation of an oath. I make the following Affidavit based on personal knowledge unless otherwise stated.

2. I am counsel for the Plaintiff in the above-captioned action, Scott A. Kanter ("Kanter" or "Plaintiff").

3. Notice should not be given to the Defendant in the above-captioned action or his attorney prior to issuing the requested Temporary Restraining Order because there are legitimate concerns for the physical safety of Kanter and Kanter's family.

4. If the Defendant is notified in advance of entry of a temporary restraining order, given the Defendant's past erratic behavior and assault on Kanter, there are concerns that the Defendant may attempt to harm Kanter or his family.

2

5.   Accordingly, Kanter respectfully requests that the Court consider his Ex Parte Motion for a Temporary Restraining Order without requiring advance notice to the Defendant or his counsel.

The foregoing statements are made under the pains and penalties of perjury.

Dated: July 26, 2006

Christopher F. Robertson