UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT A. KANTER and DELUGE, LLC, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SCOTT J. WERNER, WERNER )<br>ENTERPRISES and L&C SPRING )<br>WATERS OF NEW ENGLAND, LLC (f/k/a )<br>L&C SPRING WATERS OF NEW )<br>ENGLAND HOLDING COMPANY, LLC.), )<br>)<br>Defendants. ) | CIVIL ACTION NO. 04-10489 (RCL) |

## ORDER

This matter having come for hearing on Plaintiff's Emergency Ex Parte Motion for a Temporary Restraining Order, and upon good cause shown, it is hereby ORDERED that Defendant, Scott Werner, is until further order of this Honorable Court, hereby restrained and enjoined from:

(a) harassing, harming, or contacting in person, by telephone, by electronic mail or by any other means, directly or indirectly, Scott Kanter, his children, or any other family members; and

(b) coming within 100 feet of Scott Kanter, his children, or any other family members.

A hearing on the Plaintiff's Motion for a Preliminary Injunction will be held on Friday, August 4, 2006 @ 2:30 p.m. in Courtroom 11 on the 5th Floor.

_____
Reginald C. Lindsay
United States District Judge

ENTERED and DATED: 4:15 @ ___ p.m.

July 26, 2006

BO1 15791237.1