# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT A. KANTER and DELUGE, LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. 04-10489 (RCL) |
| v. ) | |
| ) | |
| SCOTT J. WERNER, WERNER ) | |
| ENTERPRISES and L&C SPRING ) | |
| WATERS OF NEW ENGLAND, LLC (f/k/a ) | |
| L&C SPRING WATERS OF NEW ) | |
| ENGLAND HOLDING COMPANY, LLC.), ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO RESCHEDULE HEARING ON PRELIMINARY INJUNCTION AND TO CONTINUE TEMPORARY RESTRAINING ORDER

NOW COME Plaintiff Scott Kanter ("Kanter"), and Defendant Scott Werner ("Werner") and jointly move this Court to reschedule the preliminary injunction hearing scheduled in this matter from August 4, 2006, to August 18, 2006, at 2:30 p.m.

Kanter and Werner also respectfully request, pursuant to Fed. R. Civ. P. 65(b), that this Court order that the Temporary Restraining Order issued by this Court on July 26, 2006, continue in full force and effect through and including August 18, 2006.

By joining in this Motion, Werner does not waive any defenses available to him.

| | |
|---|---|
| SCOTT A. KANTER,<br>By his attorneys, | SCOTT J. WERNER<br>By his attorneys, |
| /s/ Christopher F. Robertson<br>Christopher F. Robertson (BBO No. 642094)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210-2028<br>Telephone:   (617) 946-4800<br>Telecopier:   (617) 946-4801 | /s/ Paul M. Monzione<br>Paul M. Monzione<br>Two South Main Street<br>P.O. Box 1478<br>Wolfeboro, NH 03894<br>Telephone:   (603) 569-9599<br>Telecopier:   (603) 569-0599 |

Dated: August 2, 2006

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 2, 2006.

/s/  Christopher F. Robertson
Christopher F. Robertson