Mar-07-07  04:50P

LAW OFFICES OF

# PAUL M. MONZIONE, P.C.

TWO SOUTH MAIN STREET • SECOND FLOOR
P.O. Box 1478
WOLFEBORO, NEW HAMPSHIRE 03894
(603) 569-9599
TELEFAX: (603) 569-0599

FILED
IN CLERKS OFFICE

2007 MAR -7 P 4: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

March 7, 2007

U.S. District Court
U.S. Courthouse, Suite 2300
Attn: Steve York, Clerk
1 Courthouse Way
Boston, MA 02110

Dear Clerk York:

Pursuant to your instructions to my paralegal today, I am writing to request Defendants be permitted to file a hard copy of a Motion to Continue Pretrial Conference.

Defendants have consistently maintained there is no subject matter jurisdiction for this case given that the contract which is the subject of this lawsuit has a mandatory arbitration clause. Therefore, the first filing for the Defendants was a motion to dismiss on these grounds.

Thereafter, Judge Lindsay ordered this case to mediation, and failing a resolution by settlement, to arbitration. The Court maintained jurisdiction for this limited purpose. As such, there was no need up until now for this office to obtain a password or identification number for electronic filings as the initial pleading was filed by Attorney Scott Birnbaum, who was co-counsel for Defendants at that time and it was fully expected this case would be adjudicated in arbitration pursuant to this Court's order. Attorney Birnbaum has since withdrawn from this case essentially leaving no filing password or identification number for future electronic filings.

Recently, at a hearing on Plaintiffs' motion for restraining order, Judge Lindsay ordered this case to proceed to trial, and subsequently this office received a notice setting a pretrial conference for March 15, 2007. Because trial counsel for Defendants is already engaged in a trial that will last through March 15, 2007, Defendants now have need to file a motion to continue.

Given that this matter was first ordered to arbitration and now has been ordered to trial, there has been no need prior to now for this office to obtain a password or other filing identification numbers. This office has applied for these items, but has been advised that it will take several days for them to issue. As the need to have the motion to continue it is based on an emergency filing, request is hereby made a hard copy of the motion be accepted.

**BOSTON OFFICE**
268 SUMMER STREET
BOSTON, MA 02210
(617) 292-4900
TELEFAX: (603) 569-0599

**SAN FRANCISCO OFFICE**
1255 POST STREET, SUITE 1025
SAN FRANCISCO, CA 94109
(415) 346-9600
TELEFAX: (415) 928-4136

**PORTSMOUTH OFFICE**
74 BOW STREET, SUITE 206
PORTSMOUTH, NH 03801
(603) 334-9800

Steve York, Clerk
March 7, 2007
Page 2

     Thank you for your consideration of the above request. Please feel free to contact me should you require any further information.

                                        Very truly yours,

                                        Paul M. Monzione