UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SCOTT A. KANTER and DELUGE, LLC   \*

Plaintiff   \*

v.   \*   Civil Action No. 04-10489 (RCL)

SCOTT J. WERNER, WERNER   \*
ENTERPRISES and L&C SPRING   \*
WATERS OF NEW ENGLAND, LLC   \*
(f/k/a L&C SPRING WATERS OF NEW   \*
ENGLAND HOLDING COMPANY, LLC.   \*

Defendant   \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF PAUL M. MONZIONE IN SUPPORT OF DEFENDANTS', SCOTT J. WERNER, WERNER ENTERPRISES and L&C SPRING WATERS OF NEW ENGLAND, LLC, *EMERGENCY MOTION TO CONTINUE PRE-TRIAL CONFERENCE DUE TO TRIAL ENGAGEMENT IN CALIFORNIA*

I, Paul M. Monzione, being duly deposed and sworn hereby state as follows:

1. That I am counsel of record for the Defendants named in this case, and make this Affidavit in support of Defendants' Motion to Continue Pre-trial Conference.

2. Prior to the Final Pre-trial Conference being sent by the Court in this case, counsel for Defendants was scheduled to commence a trial in the Marin County Superior Court, San Rafael, California, entitled, Bostontec, Inc. v. Workrite Ergonomics, Inc., Marin County Superior Court, case number CV 055785, which in fact commenced on February 27, 2007, as scheduled.

3. On the first day of trial, the Honorable Terrence Boren, Superior Court Judge, posted the trial schedule for this Bostontec case based on dates when the Court would be available for trial. This was the first time the parties or counsel were made aware of this trial schedule. The trial schedule the Court provided established that there would be no trial during the following dates and times: no trial on Mondays; no trial on the morning of Thursday, March 1, 2007; no trial on the morning of Tuesday, March 6, 2007; no trial Wednesday, March 7, through Friday, March 9, 2007; and no trial on Friday, March 16, 2007.

4. With the exception of the afternoon of Tuesday, March 6, 2007, the above schedule effectively eliminates an entire week of trial from March 5, through March 9, 2007, and allows for several half days of trial. Accordingly, although it was initially anticipated the trial would likely conclude before March 15, 2007, the date on which the final pre-trial conference in the instant case is currently set, it is now clear that counsel for Defendants in this case will not be available to attend the March 15, 2007 pretrial conference.

5. Counsel for Defendants in this case is the only attorney sufficiently familiar with this case to act as trial counsel, and Defendants want Attorney Monzione as their trial counsel. Moreover, Attorney Monzione is trial counsel for Bostontec in the above-mentioned case, and therefore has no choice but to remain in California and conclude the trial that is underway. Therefore, there is no alternative but to seek a continuance of the final pre-trial conference in the instant case.

6. In an effort to avoid any further calendar conflicts, Attorney Monzione informs this Court that he is currently scheduled to commence a trial in the Strafford County Superior Court, Dover, New Hampshire, on March 19, 2007, which trial is expected to last between five and seven court days.

FURTHER AFFIANT SAYETH NOT

Executed this 7th day of March, 2007 at Wolfeboro, New Hampshire.

Paul M. Monzione, Esq.

STATE OF NEW HAMPSHIRE
COUNTY OF CARROLL

On this 7th day of March, 2007 before me personally appeared the above-named Paul M. Monzione and acknowledged that the foregoing statements by him are the truth to the extent of his knowledge and belief.

Notary Public
My Commission Expires:



OFFICIAL SEAL
MANON M. KELLETT
NOTARY PUBLIC - N.H.
My Comm. Expires January 21, 2009