UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**SCOTT KANTER**</u>
　　　　　　　Plaintiff(s)

V.　　　　　　　　　　　　　　　CIVIL NO. 04-10489-RCL

<u>**SCOTT WARNER**</u>
　　　　　　　Defendant(s)

**NOTICE AND ORDER**

<u>Bowler, U.S.M.J.</u>

　　PLEASE TAKE NOTICE that the above-entitled case has been set for <u>　　　　</u> <u>a mediation hearing</u> on <u>5/17/2007</u> at <u>10:00</u> A.M. before Magistrate Judge <u>Marianne B. Bowler</u> in Courtroom # <u>25</u>.

　　It is further ORDERED that all PARTIES are REQUIRED to attend and must have full binding settlement authority. Leave of court is REQUIRED for any exceptions. All confidential mediation briefs are to be submitted to the court VIA FACSIMILE at (617) 204-5833 at least TWO BUSINESS DAYS prior to the hearing.

　　　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON,
　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

<u>4/6/2007</u>　　　　　　　　　　　　　　　　<u>/s/ Marc K. Duffy, Esq.</u>
Date　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

(ADR NOTICE (KANTER).wpd - 3/7/2005)