**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>    SCOTT KANTER        </u>
    Plaintiff(s)

    V.           CIVIL ACTION  NO. 04-10489-RCL

<u>    SCOTT WARNER, et al.    </u>
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

    TO JUDGE <u>    Lindsay    </u>

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On <u>        05/17/2007        </u> I held the following ADR proceeding:

  _____ SCREENING CONFERENCE _____ EARLY NEUTRAL EVALUATION
  ___X___ MEDIATION _____ SUMMARY BENCH / JURY TRIAL
  _____ MINI-TRIAL _____ SETTLEMENT CONFERENCE

  All parties were represented by counsel [except _____]
  The parties were not present in person, but by an authorized officer. [except_____].
  The case was:

[X] Settled. Your clerk should enter a <u> 60 </u> day order of dismissal.

[ ] There was progress.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

<u>        05/17/2007        </u>         <u>    Marianne B. Bowler, USMJ    </u>
  DATE                ADR Provider

(ADR Report (Kanter).wpd - 4/12/2000)          [adrrpt.]