UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT A. KANTER and DELUGE, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SCOTT J. WERNER, WERNER ) <br> ENTERPRISES and L&C SPRING ) <br> WATERS OF NEW ENGLAND, LLC (f/k/a ) <br> L&C SPRING WATERS OF NEW ) <br> ENGLAND HOLDING COMPANY, LLC.), ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 04-10489(RCL) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), all Parties hereby stipulate that all claims in the above-captioned action shall be dismissed with prejudice, each party to bear its own costs. All Parties waive all rights of appeal.

| SCOTT A. KANTER and DELUGE LLC, | SCOTT J. WERNER, WERNER ENTERPRISES and L&C SPRING WATERS OF NEW ENGLAND, LLC (f/k/a L&C SPRING WATERS OF NEW ENGLAND HOLDING COMPANY, LLC.) |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ Christopher F. Robertson | /s/ Paul M. Monzione |
| Christopher F. Robertson <br> SEYFARTH SHAW LLP <br> Two Seaport Lane, Suite 300 <br> Boston, MA 02210-2028 <br> Telephone:  (617) 946-4800 <br> Telecopier:  (617) 946-4801 | Paul M. Monzione <br> Two South Main Street <br> Wolfeboro, NH 03894 <br> Telephone:  (603) 569-9599 <br> Telecopier:  (603) 569-0599 |

SO ORDERED:

_____
United States District Judge